**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

GEORGE NUTT; and
CLAY WILLIAMS                                                              PLAINTIFFS

V.                                        4:05CV01400 JLH/JTR

DR. JOHNSON, Pulaski
County Detention Facility, et al.                                         DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge J. Leon Holmes. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Clerk no later than eleven (11) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include a "Statement of Necessity" that sets forth the following:

1.      Why the record made before the Magistrate Judge is inadequate.

2.      Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.      The details of any testimony desired to be introduced at the hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

Clerk, United States District Court
Eastern District of Arkansas
600 West Capitol Avenue, Suite 402
Little Rock, AR 72201-3325

## I. Introduction

Plaintiffs George Nutt and Clay Williams have filed a single Complaint alleging that their constitutional rights were violated while they were incarcerated at the Pulaski County Detention Facility ("PCDF"). *See* docket entry #1. For the reasons set forth herein, the Court recommends that the case be dismissed, without prejudice, due to Plaintiffs' failure to timely and properly comply with a Court Order.

## II. Discussion

On October 19, 2005, the Court issued an Order giving Plaintiffs Nutt and Williams thirty days to: (1) either pay the $250 filing fee in full or "file separate and properly completed Applications to Proceed *In Forma Pauperis*, along with separate prison calculation sheets"; and (2) complete and file "separate Amended Complaint Forms." *See* docket entry #2 at 4-5. As of the date of this Order, Plaintiffs have not complied with the Court's October 19, 2005 Order, and the time

for doing so has expired.[1]

### III.  Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1.        This case, in its entirety, be DISMISSED, WITHOUT PREJUDICE, due to Plaintiffs'

failure to timely and properly comply with the Court's October 19, 2005 Order.

2.        The Court CERTIFY,  pursuant to 28 U.S.C. § 1915(a)(3),[2] that an *in forma pauperis*

appeal from any Order and Judgment adopting this Recommended Disposition would not be taken

in good faith.

Dated this 21st day of November, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1]  The copies of the October 19, 2005 Order that were mailed to Plaintiffs at the PCDF were returned as "undeliverable."  *See* docket entries #4 through #6.  However, Local Rule 5.5(c)(2) provides that it is a *pro se* litigant's responsibility to "promptly notify the Clerk and the other parties to the proceedings of any change in his or her address."

[2] 28 U.S.C. § 1915(a)(3) provides that: "An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith."