# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

GEORGE NUTT; and                                                                                                                                             PLAINTIFFS
CLAY WILLIAMS

V.                                          4:05CV01400 JLH/JTR

DR. JOHNSON, Pulaski
County Detention Facility, et al.                                                                      DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. This case, in its entirety, is DISMISSED, WITHOUT PREJUDICE, due to Plaintiffs' failure to timely and properly comply with the Court's October 19, 2005 Order.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 12th day of December, 2005.

                                                                        */s/ J. Leon Holmes*
                                                    UNITED STATES DISTRICT JUDGE